UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14001-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,
vs.

JOHN J. BELFATTO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 24, 2009. A Report and Recommendation was filed on April 10, 2009, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole Count of the Indictment, which charges the Defendant with one Count of transmission or shipping of visual depictions, via interstate commerce, of a minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252 (a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of April, 2009.

                                                                 JOSE E. MARTINEZ
                                                                  UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office