UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:10-14309-CIV-MARTINEZ-LYNCH

JOHN BELFATTO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION AND CLOSING CASE

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Movant's Motion to Vacate, Correct, or Set Aside the Petitioner's Sentence Pursuant to 28 U.S.C. § 2255. Magistrate Judge Lynch filed a Report and Recommendation (D.E. No. 11), recommending that Movant's motion be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present.

After careful consideration, the Court agrees with Magistrate Judge Lynch that Movant has not met the difficult standard of showing ineffective assistance of counsel. *See Strickland v. Washington*, 466 U.S. 668, 687-88 (1984). Even if the Court did not consider the factors under 18 U.S.C. § 3553(a), and it appears that the Court did consider such facts, Movant has not demonstrated that the outcome of this case would have been different had Defense counsel made different arguments or made an objection relating to these factors. In addition, there is no need for an evidentiary hearing in this case because Movant has failed to allege facts which if true

would entitle him to relief. *See Saunders v. United States*, 278 Fed. Appx. 976, 979 (11th Cir. 2008). Therefore, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation (D.E. No. 11) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1.  Movant's Motion to Vacate, Correct, or Set Aside the Petitioner's Sentence Pursuant to 28 U.S.C. § 2255 is **DENIED**.

2.  This Case is **CLOSED,** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of March, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record